No. 104. BANKERS POCAHONTAS COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 105. STROTHER *v.* SAME. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Wells Goodykoontz* and *Camden R. McAtee* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Andrew D. Sharpe,* and *Erwin N. Griswold* for respondent.

No. 177. SORRELLS *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question whether the evidence was sufficient to go to the jury upon the issue of entrapment. *Mr. A. Hall Johnston* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.